# Court of Appeals
# of the State of Georgia

ATLANTA,  June 06, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1294.  IN THE INTEREST OF E. J. P. W., A CHILD (MOTHER).**

This appeal was docketed in this Court on April 6, 2023. After Appellant failed to file a brief by April 26, 2023, this Court issued an order on April 28, 2023, requiring Appellant to file her brief no later than May 8, 2023. After Appellant again failed to file a brief, this Court issued a second order on May 22, 2023, requiring Appellant to file her brief no later than June 1, 2023. That order further provided that Appellant's failure to file a brief by June 1 would result in the dismissal of this appeal.

As of the date of this order, Appellant's enumeration of errors and brief still have not been filed. Accordingly, this appeal is deemed abandoned and is hereby ordered DISMISSED. Court of Appeals Rules 7, 23 (a).

Nothing in this order shall preclude Appellant from filing a timely motion for reconsideration and seeking reinstatement of the appeal. The Clerk of Court is directed to send a copy of this order to Appellant as well as to Appellant's attorney of record, if any. Appellant's attorney, if any, is also directed to send a copy of this order to Appellant.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __06/06/2023__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*